Northern District Of Ohio
U.S. Bankruptcy Court
Fed Bldg & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 10−42891−kw**

**In re:**

| | |
|---|---|
| Jeffrey M. Forinash | Roberta A. Forinash |
| 8150 Depot Road | 8150 Depot Road |
| Ashtabula, OH 44004 | Ashtabula, OH 44004 |

**Social Security No.:**

xxx−xx−9982          xxx−xx−0472

# NOTICE OF DOCUMENTS TO BE FILED

Pursuant to Federal Rule of Bankruptcy Procedure 1007(c), the following document(s) must be filed within 14 days of filing of the petition.

**Summary of Schedules with Statistical Summary,
Schedules A−J,
Declaration Concerning Debtor's Schedules,
Statement of Financial Affairs,
Attorney Disclosure of Compensation Statement,
Matrix − List of Creditors,
Payment Advices Received Sixty (60) Days Prior To Date Of Filing Of Petition.**

**Dated:** August 4, 2010
Form ohnb201

For the Court
Kenneth J. Hirz, Clerk